AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2022

SEAN F. McAVOY, CLERK

SHEENA H.

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY | ) ) ) |
| *Defendant* | |

Civil Action No.   4:20-cv-05198-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Summary Judgment (ECF No. 21) is GRANTED.
Defendant's Motion for Summary Judgment (ECF No. 23) is DENIED.
JUDGMENT is entered in favor of Plaintiff, REVERSING and REMANDING the matter to the Commissioner of Social Security for further proceedings consistent with this recommendation pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke _____ on motions for

Summary Judgment.

Date:   8-10-2022 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Brian Molony _____

*(By) Deputy Clerk*

Brian Molony _____